In the Matter of ANGELO GRASSO, Appellant, against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, et al., Respondents.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 612.)